**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Wed Sep 6 04:18:54 EDT 2006

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | INOVA |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Flashlights, namely LED illuminated flashlights. FIRST USE: 20000731. FIRST USE IN COMMERCE: 20000731 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75937958 |
| **Filing Date** | March 3, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 23, 2001 |
| **Registration Number** | 2575157 |
| **Registration Date** | June 4, 2002 |
| **Owner** | (REGISTRANT) Emissive Energy Corporation CORPORATION DELAWARE 5 Division Street Warwick RHODE ISLAND 02818 |
| **Attorney of Record** | Stephen Holmes |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY